```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 32311
   JAMES H SANTANIELLO
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4296
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 08/31/2004 and was confirmed 11/10/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  39.53%.

The case was paid in full 03/28/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| EQUITY ONE | CURRENT MORTG | 54020.00 | .00 | 54020.00 |
| STATE DISBURSEMENT UNIT | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 1407.65 | .00 | 556.40 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 8975.46 | .00 | 3547.73 |
| ECAST SETTLEMENT CORP | UNSECURED | 8961.46 | .00 | 3542.20 |
| ROUNDUP FUNDING LLC | UNSECURED | 7059.09 | .00 | 2790.25 |
| ECAST SETTLEMENT CORP | UNSECURED | 12231.74 | .00 | 4834.84 |
| RESURGENT ACQUISITION LL | UNSECURED | 20894.98 | .00 | 8259.16 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 9838.80 | .00 | 3888.98 |
| ISAC | UNSECURED | 3237.60 | .00 | 1279.73 |
| SAMS CLUB CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| YEOH KOH DDS | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 5889.90 | .00 | 2328.10 |
| PETER FRANCIS GERACI | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 5,152.70 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 90,200.09 | |
| PRIORITY | | .00 |
| SECURED | | 54,020.00 |
| UNSECURED | | 31,027.39 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 5,152.70 |
| DEBTOR REFUND | | .00 |
| TOTALS | 90,200.09 | 90,200.09 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 06/26/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```